# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2-11-Bk-06669 Debtor(s) Name: Rama Shaqorah Date Prepared: 1/4/2013

Receipts and Disbursement for Month Ended January 2013 A

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| B 1 Gross Sales | | $ 15,060.00 |
| C 2 Less Cost of Goods Sold | | $ 9,000.00 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ |
| 4 Add Other Income | | $ |
| 5 **Gross Income** (add lines 3 and 4) | (A) | $ 6,060.00 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| D 6 Business Real Property Rent/Lease | | $ |
| E 7 Business Real Property Utilities | | $ |
| F 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | | $ |
| G 9 Employee Benefits | | $ |
| H 10 Payroll Tax Deposits | | $ |
| 11 Sales Tax Deposits | | $ |
| I 12 Other Tax Deposits | | $ |
| J 13 Auto Expense | | $ 300.00 |
| 14 Repairs/Maintenance | | $ |
| K 15 Insurance on Business (Fire, Theft, Liability, etc.) | | $ |
| 16 Workman's Compensation Insurance | | $ |
| 17 Supplies (not included on line 2 above) | | $ |
| 18 Telephone/Internet | | $ 55.00 |
| 19 Advertising/Promotion | | $ |
| L 20 Travel/Entertainment | | $ 60.00 |
| M 21 Professional Fees Paid (Attorney, Accountant, etc.) | | $ |
| 22 Other Costs/Expense | | $ 3,030.00 |
| 23 **Total Business Costs and Expenses for Month** | (B) | $ 3,445.00 |
| 24 **Net Income (Loss) for Month (A minus B)** | | $ 2,615.00 |

N Total Funds On Hand/In Bank At End Of Month $

O Total Inventory On Hand At End Of Month $

P Total Accounts Receivable (Collectible) At End Of Month $

Q Total Accounts Payable At End Of Month $

**Under penalty of perjury, I(we) declare that the foregoing information is true and correct.**

Signatures: [signature] Date: 2/8/2013

Date:

Form B-6 (12/2000) *Instruction on Reverse Side*