# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2-11-BK-06669 Debtor(s) Name: Rama Shaqrah Date Prepared: 11/13/2013

Receipts and Disbursement for Month Ended November 2012 [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 Gross Sales | | $ 10,060.00 |
| [C] 2 Less Cost of Goods Sold | | $ 6,150.00 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ |
| 4 Add Other Income | | $ |
| 5 **Gross Income** (add lines 3 and 4) | (A) | $ 3910.00 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| [D] 6 Business Real Property Rent/Lease | | $ 750.00 |
| [E] 7 Business Real Property Utilities | | $ |
| [F] 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | | $ |
| [G] 9 Employee Benefits | | $ |
| [H] 10 Payroll Tax Deposits | | $ |
| 11 Sales Tax Deposits | | $ |
| [I] 12 Other Tax Deposits | | $ |
| [J] 13 Auto Expense | | $ 100.00 |
| 14 Repairs/Maintenance | | $ |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | | $ |
| 16 Workman's Compensation Insurance | | $ |
| 17 Supplies (not included on line 2 above) | | $ |
| 18 Telephone/Internet | | $ 53.00 |
| 19 Advertising/Promotion | | $ |
| [L] 20 Travel/Entertainment | | $ |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | | $ |
| 22 Other Costs/Expense | | $ 1955.00 |
| 23 **Total Business Costs and Expenses for Month** | (B) | $ 2858.00 |
| 24 **Net Income (Loss) for Month (A minus B)** | | $ 1,052.00 |

| | |
|---|---|
| [N] Total Funds On Hand/In Bank At End Of Month | $ |
| [O] Total Inventory On Hand At End Of Month | $ |
| [P] Total Accounts Receivable (Collectible) At End Of Month | $ |
| [Q] Total Accounts Payable At End Of Month | $ |

**Under penalty of perjury, I(we) declare that the foregoing information is true and correct.**

Signatures: [signature] Date: 12/13/2013

Date: ____________

Form B-6 (12/2000)

*Instruction on Reverse Side*