# MONTHLY BUSINESS OPERATING STATEMENT

**Case No:** 2-11-BK-06669 **Debtor(s) Name:** RAMA SHADROKH **Date Prepared:** 11/13/2013

**Receipts and Disbursement for Month Ended** December 2013 A

| | | | Amount for Month |
|---|---|---|---|
| **Gross Receipts:** | | | |
| B | 1 Gross Sales | | $ 5,580.00 |
| C | 2 Less Cost of Goods Sold | | $ 3,180.00 |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ |
| | 4 Add Other Income | | $ |
| | 5 ***Gross Income*** *(add lines 3 and 4)* | (A) | $ 2,380.00 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | | |
| D | 6 Business Real Property Rent/Lease | | $ 1750.00 |
| E | 7 Business Real Property Utilities | | $ |
| F | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | | $ |
| G | 9 Employee Benefits | | $ |
| H | 10 Payroll Tax Deposits | | $ |
| | 11 Sales Tax Deposits | | $ |
| I | 12 Other Tax Deposits | | $ |
| J | 13 Auto Expense | | $ 100.00 |
| | 14 Repairs/Maintenance | | $ |
| K | 15 Insurance on Business (Fire, Theft, Liability, etc.) | | $ |
| | 16 Workman's Compensation Insurance | | $ |
| | 17 Supplies (not included on line 2 above) | | $ |
| | 18 Telephone/Internet | | $ 58.00 |
| | 19 Advertising/Promotion | | $ |
| L | 20 Travel/Entertainment | | $ |
| M | 21 Professional Fees Paid (Attorney, Accountant, etc.) | | $ |
| | 22 Other Costs/Expense | | $ 1,190.00 |
| | 23 ***Total Business Costs and Expenses for Month*** | (B) | $ 2093.00 |
| | 24 **Net Income (Loss) for Month (A minus B)** | | $ 287.00 |
| N | Total Funds On Hand/In Bank At End Of Month | | $ |
| O | Total Inventory On Hand At End Of Month | | $ |
| P | Total Accounts Receivable (Collectible) At End Of Month | | $ |
| Q | Total Accounts Payable At End Of Month | | $ |

**Under penalty of perjury, I(we) declare that the foregoing information is true and correct.**

Signatures: [signature] Date: 1/14/2014

Date:

Form B-6 (12/2006) *Instruction on Reverse Side*